UNITED STATES of America, Plaintiff-Appellee,

v.

Luis PRIETO, Jr., a.k.a. Lou, Defendant-Appellant.

No. 16-17436
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(October 27, 2017)

Laura Thomas Rivero, Michelle B. Alvarez, Wifredo A. Ferrer, Jonathan E. Kobrinski, Cristina Moreno, Assistant U.S. Attorney, Seth Michael Schlessinger, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Steven Harold Haguel, Law Offices of Steven H. Haguel, Miami, FL, for Defendant-Appellant

Before HULL, JULIE CARNES and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Prieto's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).